IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERRENCE CROSLIN
1444 WALKER AVENUE
BALTIMORE, MARYLAND 21239-1707

FILED ____ ENTERED
LOGGED ____ RECEIVED
APR 20 2010
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

WDQ10CV1001

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

vs.

TRACY HACKMAN VP
CHRYSLER FINANCIAL, LLC
27777 INKSTER ROAD
FARMINGTON HILL, MICHIGAN 48334

*(Full name and address of the defendant(s))*
**Defendant(s)**

\* \* \* \* \* \* \*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☑ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

U.S. District Court (Rev. 12/2000)    1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Errence Croslin
1444 Walker Avenue
Baltimore, Maryland 21239-1707

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

vs.

Darryl R. Jackson COO
Chrysler Financial
27777 Inkster Road
Farmington Hills, Michigan 48334

*(Full name and address of the defendant(s))*
**Defendant(s)**

\_\_\_\_\_ FILED   \_\_\_\_\_ ENTERED
\_\_\_\_\_ LOGGED   \_\_\_\_\_ RECEIVED

APR 20 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

\* \* \* \* \* \* \* \*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☑ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERRENCE CROSLIN
1444 WALKER AVENUE
BALTIMORE, MARYLAND 21239

*(Full name and address of the plaintiff)*
**Plaintiff(s)**

FILED ____ ENTERED
LOGGED ____ RECEIVED

APR 2 0 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ____ DEPUTY

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

vs.

MACHELLE MCADIRY / VP
CHRYSLER FINANCIAL
27777 INKSTER ROAD
FARMINGTON HILL MICHIGAN 48334

*(Full name and address of the defendant(s))*
**Defendant(s)**

* * * * * * *

## COMPLAINT

1. Jurisdiction in this case is based on:

    ☑  Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    ☐  Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    ☐  Other (explain) _____

    _____

    _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EVRRENCE CROSLIN
1444 WALKER AVENUE
BALTIMORE, MARYLAND 21239

_____
(Full name and address of the plaintiff)
Plaintiff(s)

vs. THOMAS GILMAN
CHRYSLER FINANCIAL LLC
27777 INKSTER ROAD
FARMINGTON, HILL MICHIGAN 48334

_____
(Full name and address of the defendant(s))
Defendant(s)

\_\_\_\_\_ FILED        \_\_\_\_\_ ENTERED
\_\_\_\_\_ LOGGED       \_\_\_\_\_ RECEIVED

APR 2 0 2010

AT BALT.
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil No.: _____
(Leave blank. To be filled in by Court.)

\* \* \* \* \* \* \* \*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☑ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

2. The facts of this case are:

Chrysler Financial has not refunded all of the funds due to me from their error in reference to my bank account. Chrysler has caused my bank account to bounce and I have had to pay numerous penalties to closeout my account to prevent farther financial damages

2. The facts of this case are:

Chrysler Financial has not refunded all of the funds due to me from their error in reference to my bank account. Chrysler has caused my bank account to bounce and I have had to pay numerous penalties to closeout my account to prevent farther financial damages.

2. The facts of this case are:

Chrysler Financial has not refunded all of the funds due to me from their error in reference to my bank account. Chrysler has caused my bank account to bounce and I have had to pay numerous penalties to closeout my account to prevent farther financial damage.

2. The facts of this case are:

Chrysler Financial has not refunded all of the funds due to me from their error in reference to my bank account. Chrysler has caused my bank account to bounce and I have had to pay numerous penalties to closeout my account to prevent farther financial damage.

3. The relief I want the court to order is:

- ☐ Damages in the amount of: _____
- ☑ An injunction ordering: Chrysler Financial to meet for a pretrial settlement and have a government agency oversee Chrysler Financial transactions to ensure they comply with the Sarbanes Oxley Act.
- ☐ Other (explain)

_Emence Croslin_
(original signature of plaintiff)

ERRENCE Croslin

1444 Walker Avenue

Baltimore, Maryland 21239-1707
(address of plaintiff)

3.   The relief I want the court to order is:

☐   Damages in the amount of: _____

☑   An injunction ordering: Chrysler Financial to meet for a pre-trial settlement and have a government agency oversee Chrysler Financial transactions to ensure they comply with the Sabanes Oxley Act.

☐   Other (explain)

_Errence Croslin_
(original signature of plaintiff)

ERRENCE CROSLIN

1444 WALKER AVENUE

BALTIMORE, MARYLAND 21239
(address of plaintiff)

3.  The relief I want the court to order is:

☐  Damages in the amount of: _____

☑  An injunction ordering: CHRYSLER FINANCIAL TO MEET FOR A PRE-TRIAL SETTLEMENT AND HAVE A GOVERNMENT AGENCY OVERSEE CHRYSLER FINANCIAL TRANSACTIONS TO ENSURE THEY COMPLY WITH THE SARBANES OXLEY ACT.

☐  Other (explain) _____

_____
(original signature of plaintiff)

ERRENCE CROSLIN

1444 WALKER AVENUE

BALTIMORE, MARYLAND 21239
(address of plaintiff)

3. The relief I want the court to order is:

☐ Damages in the amount of: _____

☑ An injunction ordering: Chrysler Financial to meet for a pre-trial settlement and have a government agency oversee Chrysler Financial transactions to ensure they comply with the Sarbanes Oxley Act.

☐ Other (explain) _____

_Emerence Croslin_
(original signature of plaintiff)

ERRENCE CROSLIN

1444 WALKER AVENUE

BALTIMORE, MARYLAND 21239
(address of plaintiff)