IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| ERRENCE CROSLIN, *pro se*, | * |
| Plaintiff, | * |
| v. | CIVIL NO.: WDQ-10-1001 |
| TRACY HACKMAN, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th day of August 2010 ORDERED that:

1. The Defendants' motion to dismiss for lack of subject matter jurisdiction (Paper No. 7) BE, and HEREBY IS, GRANTED; and

2. The Clerk shall send copies of the Memorandum Opinion and this Order to the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge